IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHOENICIA SPORTS & ENTERTAINMENT, LLC, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NEW YORK COSMOS, LLC, | : | |
| Defendant. | : | NO. 12-cv-00772 |
| | : | |

## ORDER

AND NOW, this 2nd day of August, 2012, upon careful consideration of New York Cosmos, LLC's Motion to Dismiss Plaintiff's Complaint, or in the Alternative, to Transfer Venue (ECF No. 8), and the parties' briefing, and for the reasons in the accompanying Memorandum re: Motion to Dismiss, or in the Alternative, to Transfer Venue, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 12\12-772 Phoenicia v NY Cosmos\Order re MTD.wpd